UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REPUBLIC FIRE & CASUALTY INSURANCE COMPANY** | **CIVIL SUIT NO.: 1:16-cv-00171-DDD-JPM** |
| **VERSUS** | **CHIEF JUDGE DRELL** |
| **THE ESTATE OF LARRY W. JEANE, SR., et al** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### MOTION TO DISMISS

Defendants, THE ESTATE OF LARRY W. JEANE, SR. and JOHANNA JEANE, herein adopt by reference the "Motion to Dismiss" filed on behalf of Defendants, SARAH BARBER, JAMIE TURNER, ELIZABETH SPIVEY, and WALLACE SPIVEY (Doc. 21), and the exhibits and memorandum attached thereto, *see* Fed R. Civ. P. 10(c), and prays that the Court grant the Motion to Dismiss for the reasons set forth therein.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: /s/ Lauren Stokes Laborde
Lauren Stokes Laborde
llaborde@fairclothlaw.com
105 Yorktown Drive
Alexandria, LA 71303
Phone: (318) 619-7755
Fax: (318) 619-7744

**ATTORNEY FOR THE ESTATE OF LARRY W. JEANE, SR. AND JOHANNA JEANE**

## **CERTIFICATE OF SERVICE**

    I hereby certify and attest that a copy of the above and foregoing Motion to Dismiss has been served on all represented parties through the Court's electronic mail notification system.

    Alexandria, Louisiana this 10th day of May, 2016.

                                /s/ Lauren Stokes Laborde